RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/29/2010
BY DP

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TOMMY LOUIS DAVIS** <br> LA. DOC #345339 <br> VS. | **CIVIL ACTION NO. 09-1741** <br><br> **SECTION P** <br><br> **JUDGE ROBERT G. JAMES** |
| **MARK NAPPIER, ET AL.** | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 5], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 6];

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 29 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE